UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY W. CAMPBELL,

        Plaintiff,        CIV S-03-1455 LKK PAN PS

    v.

                                ORDER

M. KATHLEEN BUTZ, et al.,

        Defendants.

—oOo—

    On September 20, 2004, the Honorable Lawrence K. Karlton adopted this court's findings and recommendations that claims against defendants Butz, Helgesen, Pollard and Fortner be dismissed. The remaining defendants are County of Placer, Karin Easter Gurwell and Lana R. Lingan. Both the County and Lingan have filed waivers of service of process and the County has filed an answer. Gurwell has not appeared in the action and there is no evidence in the file that process has been served upon her.

////

1  Accordingly, plaintiff is hereby directed to show cause
2 in writing by July 22, 2005, why Gurwell should not be dismissed
3 from this action for failure to serve process upon her within 120
4 days of filing the complaint.  Fed. R. Civ. P. 4(m).
5  Additionally, plaintiff and defendants Langan and Placer
6 County are directed to file, by July 22, 2005, separate status
7 reports addressing the following matters:
8  (a) Jurisdiction and venue;
9  (b) Anticipated motions;
10  (c) Anticipated discovery and disclosure
11   of expert witnesses;
12  (d) Future proceedings, including setting
13   appropriate deadlines for discovery, motions,
14   and scheduling the pretrial conference and
15   trial;
16  (e) Estimate of length of trial;
17  (f) Modification of standard pretrial procedures
18   specified by the rules due to the relative
19   simplicity or complexity of the action or
20   proceedings;
21  (g) Whether the case is related to any other case,
22   including any matter in bankruptcy;
23  (h) Whether a settlement conference should be
24   scheduled;
25  (I) Any other matters that may add to the just and
26   expeditious disposition of this matter.

2

       The Court, upon review of the status reports, will make a scheduling order or schedule a status conference.

       Parties appearing without counsel are advised that even though the court will construe their pleadings liberally, the court requires them to comply with all procedural rules governing this action.  Failure to obey the federal rules of procedure and local rules and orders of this court, may result in dismissal of this action.

       So ordered.

       Dated:   July 11, 2005.

                                     /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge