UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY W. CAMPBELL,

        Plaintiff,      CIV S-03-1455 LKK PAN PS

   v.

                   FINDINGS AND RECOMMENDATIONS

M. KATHLEEN BUTZ, et al.,

        Defendants.

—oOo—

On July 20, plaintiff filed a brief wherein plaintiff states he "must withdrew [sic] [h]is civil rights claim before Judge Peter Nowinski" because plaintiff should "try to save the sight of his left eye rather than try to press his claim in [this] court" and "each Defendant would be best served for Plaintiff to re-file in State court, since it appears to plaintiff such is the correct route to CERT." There is no opposition to the request.

The court recommends that plaintiff's request to dismiss this action be granted pursuant to Fed. R. Civ. P. 41(a)(2).

These findings and recommendations are submitted to the Honorable Lawrence K. Karlton, the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(1).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 4, 2005.

<u>/s/ Peter A. Nowinski</u>
PETER A. NOWINSKI
Magistrate Judge

2