IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. CAMPBELL,

        Plaintiff,        CIV. S-03-1455-LKK-PAN-PS

   v.

M. KATHLEEN BUTZ, et al.,        ORDER

        Defendants.
_____/

      This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On August 5, 2005, Judge Nowinski recommended that plaintiff's request to dismiss this action be granted.  On August 9, 2005, plaintiff filed a "response" to the findings and recommendation.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed August 5, 2005, are adopted in full; and

    2.  Plaintiff's request to dismiss this action is granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED:  September 12, 2005.

                        /s/Lawrence K. Karlton
                        UNITED STATES DISTRICT JUDGE